JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
(Telephone): (775) 688-3000

Attorneys for Creditor
City National Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In re:

DWIGHT MILLARD,

Debtor.
_____/

Case No. BK-11-50677-BTB
Chapter 11

**REQUEST FOR SPECIAL NOTICE**

No Hearing Required

Notice is hereby given that the undersigned represents City National Bank, creditor and interested party in the above-captioned bankruptcy proceedings, and, therefore, requests notice of all proceedings in this matter in accordance with the provisions of FRBP 2002 be sent to the following address:

> John F. Murtha, Esq.
> Woodburn and Wedge
> Sierra Plaza
> 6100 Neil Rd., Ste. 500
> Post Office Box 2311
> Reno, Nevada 89505
> Telephone: 775-688-3000
> Fax: 775-688-3088
> jmurtha@woodburnandwedge.com

///

///

DATED this 10th day of March, 2011.

                        WOODBURN and WEDGE

                        By _____
                        JOHN F. MURTHA, ESQUIRE
                        Attorneys for Creditor
                        City National Bank

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the 10 day of March, 2011, I caused the foregoing document to be delivered to all parties to this action by:

   ✓    placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada

_____ personal delivery

_____ facsimile

_____ Federal Express or other overnight delivery

_____ Reno/Carson Messenger Service

addressed as follows:

>Kevin A. Darby, Esq.
>4777 Caughlin Pkwy.
>Reno, Nevada 89519
>
>U.S. Trustee
>300 Booth Street, #2129
>Reno, Nevada 89509

*Denise Sarcani* (signature)