KEVIN A. DARBY, NV SB#7670
TRICIA M. DARBY, NV SB#7956
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile:  (775) 996-7290
kevin@darbylawpractice.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DWIGHT MILLARD and<br>SANDRA PAGE MILLARD,<br><br>    Substantively Consolidated Debtors. | Case No.:  BK-N-11-50677-gwz;<br>Chapter 11: **LEAD CASE**<br><br>Case No.:  BK-N-11-52679-gwz<br><br>**Jointly Administered With:** |
| In re:<br><br>STANTON DEVELOPMENT, INC.,<br><br>    Debtor. | Case No.: BK-N-11-50438-gwz<br>Chapter 11<br><br>**STIPULATION AND ORDER RE: TREATMENT OF CARSON CITY'S CLAIM UNDER CHAPTER 11 PLAN OF REORGANIZATION OF STANTON PARK DEVELOPMENT, INC.**<br><br>Hearing Date:  March 5, 2013<br>Hearing Time: 10:00 a.m. |

This stipulation is entered into by and between Debtor, STANTON PARK DEVELOPMENT, INC. ("Stanton Park") and CARSON CITY ("Carson City"), each party through their undersigned counsel for the treatment of Carson City's claim classified as the Class 1 priority claim under Debtor's third amended chapter 11 plan of reorganization ("Chapter 11 Plan"). This stipulation reflects an adjustment in light of parcels 010-592-09 and 010-602-01 being transferred to Carson City in 2003. Although ownership changed, Stanton Park continued paying the water bills. Since the agreed upon transfer date, Stanton Park has paid $25,902.75 in water payments. By this stipulation, Stanton Park gets this back in the form of a recognized offset, with $12,975.29 in interest. Furthermore, Stanton Park's pre-petition indebtedness to Carson City inaccurately included taxes from these two parcels in the amount of $22,106.32, which is also credited back to Stanton Park by this stipulation. The net change from these three numbers ($25,902.75 + $12,975.29 + $22,106.32) is $60,984.16. Accordingly, $431,737.26 is hereby reduced to $370,753.10.

**IT IS HEREBY STIPULATED AND AGREED**, that the Allowed Class 1 claim of Carson City shall be in the amount of $370,753.10 and shall accrue interest at the rate of 10% per annum and shall be paid in full through monthly payments in the amount of $6,154.94 commencing April 1, 2013 and continuing the first day of each and every month thereafter for a period of seven (7) years.

**IT IS FURTHER STIPULATED AND AGREED** that the entry of this stipulation shall constitute a withdrawal of Carson City's objection to Debtor's Chapter 11 Plan; and shall represent an accepting vote in favor of Debtor's Chapter 11 Plan.

**IT IS SO ORDERED.**

SUBMITTED:                                          APPROVED:

By: _/s/ Kevin A. Darby_                            By: _/s/ Joseph L. Ward_
    Kevin A. Darby, Esq.                              Joseph L. Ward, Esq.
    Darby Law Practice, Ltd.                          Senior Deputy District Attorney
    4777 Caughlin Parkway                             85 E. Musser Street, Suite 2030
    Reno, Nevada 89519                                 Carson City, Nevada 89701
    Counsel for Debtors                                Counsel for Carson City