_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

**Entered on Docket**
**June 28, 2013**

KEVIN A. DARBY, ESQ. (NVSB#7670)
TRICIA M. DARBY, ESQ. (NVSB#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com

Reorganization Counsel for Stanton Park Development, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

| | |
|---|---|
| DWIGHT C. MILLARD and SANDRA PAGE MILLARD, | CASE NO.:  BK-N-11-50677-gwz (LEAD) <br> Chapter 11 Cases Under Joint Administration |
| **STANTON PARK DEVELOPMENT, INC.,** | **CASE NO.:  BK-N-11-50438-gwz** |
| CARSON CITY PLAZA, LLC, | CASE NO.:  BK-N-11-50439-gwz |
| Joint Debtors. | **ORDER CONFIRMING CHAPTER 11 PLAN OF REORGANIZATION OF STANTON PARK DEVELOPMENT, INC** <br><br> Hearing Date:   May 14, 2013 <br> Hearing Time:   10:00 a.m. |

1    The Third Amended Plan of Reorganization ("Plan") under chapter 11 of the Bankruptcy

2    Code filed by Debtor STANTON PARK DEVELOPMENT, INC. on December 7, 2012 [Dkt.

3    #379], as modified by amendments filed February 26, 2013 [Dkt. #425] and April 8, 2013 [Dkt.

4    #468], and incorporating to include the modifications to the treatment of the claim of the Carson

5    City Treasurer pursuant to the stipulation dated March 4, 2013 [Dkt. #437]; and notice of the

6    hearing on confirmation having been given in accordance with Fed. R. Bankr. P. Rule 2002(b)(2),

7    with a copy of said Plan and Disclosure Statement conditionally approved by the Court having

8    been transmitted to the holders of claims and interests, and

9    It having been determined after a hearing on notice that the requirements for confirmation

10   set forth in 11 U.S.C. §1129(a) have been satisfied;

11   **IT IS ORDERED** that the Chapter 11 Plan is **CONFIRMED.**

12   **IT IS FURTHER ORDERED** that the final amount of the allowed Class 2 and Class 3

13   claim of Branch Banking & Trust Company ("BB&T") shall be determined and set by a future

14   stipulation between the parties, or by the Court in the event the Reorganized Debtor and BB&T

15   cannot agree to the amounts.

16   **IT IS SO ORDERED**.

17

18   PREPARED and SUBMITTED BY:                    Approved By:

19

20   By:  */s/ Kevin A. Darby*                     By:  *  /s/ Craig S. Dunlap*

21   KEVIN A. DARBY, ESQ. #7670                    CRAIG S. DUNLAP, ESQ. #4974
     Darby Law Practice, Ltd.                      Fennemore Craig Jones Vargas

22   4777 Caughlin Parkway                          300 South Fourth Street, Suite 1400
     Reno, Nevada 89519                             Las Vegas, Nevada 89101

23   (775) 322-1237                                 (702) 692-8000

24   Counsel for Debtor                             Counsel for Creditor
     Stanton Park Development, Inc.                 Branch Banking & Trust Company

25

26
                                          # # #
27

28

-2-

1

2    In accordance with LR 9021, counsel submitting this document certifies as follows:

3        _____ The Court has waived the requirement of approval under LR 9021.

4        __X__ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this

5    proposed order to all counsel who appeared at the hearing, any unrepresented

6    parties who appeared at the hearing, and each has approved or disapproved the

7

8    order, or failed to respond, as indicated on said order.

9        _____ I certify that I have served a copy of this order with the motion, and no

10   parties appeared or filed written objections.

11       _____ No party appeared at the hearing or filed an objection to the motion.

12                                          DARBY LAW PRACTICE, LTD.

13

14                              By: ___/s/ Kevin A. Darby_____
                                    KEVIN A. DARBY, ESQ.
15                                  Attorney for Debtor and
                                    Debtor in Possession
16

17

18

19

20

21

22

23

24

25

26

27

28